Alice M. GARCIA, Employee–Claimant,

v.

**DOHACK'S RESTAURANT,**
Employer–Respondent.

No. 64797.

Missouri Court of Appeals,
Eastern District,
Division One.

May 31, 1994.

Carla G. McBride, St. Louis, for claimant.

Cheryl McMahon, Law Office of Mark R. Rudoff, St. Louis, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Claimant, Alice M. Garica, appeals from the final award of the Labor and Industrial Relations Commission which denied her compensation.

The award of the Commission is supported by competent and substantial evidence on the whole record; no error of law appears. An opinion would have no precedential value.

The award of the Commission is affirmed. Rule 84.16(b).

Employer's motion for damages for a frivolous appeal pursuant to Rule 84.19 is denied.